UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELROY ASKINS,

                Plaintiff,

-against-

PRESTIGE MANAGEMENT INC.; LOWELL HENDRICKS,

                Defendants.

25-CV-0461 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated May 27, 2025, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. On June 23, 2025, Plaintiff filed a letter requesting an extension of time to file an amended complaint. (ECF 8.) The Court grants Plaintiff's request.

      The Court directs Plaintiff to file his amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons stated in the Court's May 27, 2025 order of dismissal.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 25, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge