UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELROY ASKINS,<br><br>                     Plaintiff,<br><br>   -against-<br><br>PRESTIGE MANAGEMENT INC.;<br>LOWELL HENDRICKS,<br><br>                    Defendants. | 25-cv-0461 (KMW)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the September 17, 2025, order, the Court dismisses Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 18, 2025
            New York, New York

                                                   /s/ Kimba M. Wood          
                                                    KIMBA M. WOOD
                                         United States District Judge